[No. 25454-5-I.   Division One.   September 9, 1991.]

EDWARD L. BENNETT, *Respondent,* v. JAMES H. MALONEY, ET AL, *Defendants,* DAVID L. MICHIE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-08163-1, Edward Heavey, J., entered October 4 and December 18, 1989. *Reversed* by

unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Kennedy, J. Now published at 63 Wn. App. 180.